832 A.2d 1013

Marvin JACKSON, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 26, 2003.

## ORDER

PER CURIAM.

AND NOW, this 26th day of September, 2003, probable jurisdiction is noted. The order of June 25, 2003 is reversed and the matter is remanded for consideration of the merits in Commonwealth Court's appellate jurisdiction.